UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RISHA BERMUDEZ,

    Plaintiff,

v.

STATE OF TEXAS, et al.,

    Defendants.

No. 1:25-CV-239-H

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court dismiss Risha Bermudez's[1] claims against the State of Texas and the Department of Family and Protective Services (DFPS) with prejudice as barred under the Eleventh Amendment. Dkt. No. 17 at 17. The FCR further recommends that the Court dismiss Bermudez's claims against the remaining defendants without prejudice for failure to state a claim. *Id.* Bermudez timely objected. Dkt. No. 18.

Bermudez filed five objections. *Id.* at 5–11. But these objections merely attempt to recapitulate Judge Parker's prior orders in this litigation. Indeed, the first four objections stem from the unauthorized practice of law by Bermudez's ostensible legal advisor, Josh Goble. *Id.* at 5–10; *see also* Dkt. No. 11. The final objection frivolously declares Judge Parker's orders "void." Dkt. No. 18 at 10–11.

---

[1] The plaintiff's filings in this case offer conflicting accounts of Risha Bermudez's entity status. *Compare* Dkt. No. 1 at 1 (describing the plaintiff as a "Living Woman and Beneficiary"), *with* Dkt. No. 12 at 4 (describing the plaintiff as "the corporate fiction, a registered trust asset, by fiduciary authority of the living Trustee, Amy Vogel, living woman"). The plaintiff's filings also offer differing spellings of the plaintiff's name. *See, e.g.*, Dkt. No. 18 at 3 ("Reisha").

Mere disagreement with a recommendation or summary of previously presented arguments cannot trigger de novo review. *Leslie G. v. Kijakazi*, No. 5:21-CV-202, 2023 WL 2536111, at *3 (N.D. Tex. Mar. 16, 2023). Accordingly, the District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. Bermudez's claims against the State of Texas and DFPS are dismissed with prejudice because they are barred by the Eleventh Amendment. Bermudez's claims against the remaining defendants are dismissed without prejudice for failure to state a claim. Accordingly, Bermudez's motion for a temporary restraining order (Dkt. No. 4), motion to demand evidence (Dkt. No. 6), and renewed TRO motion (Dkt. No. 19) are denied as moot.

So ordered on May ___6___, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

– 2 –